| In the Interest of J.M., D.M., J.M., Children | ☐ | From the County Court at Law  No 1 Of Randall County |
| No. 07-13-0011-CV | ☐ | April 9, 2013 |
| | ☐ | Opinion by Chief Justice Quinn |

J U D G M E N T

Pursuant to the opinion of the Court dated April 9, 2013, it is ordered, adjudged and decreed that the order of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o